# WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

William H. Bave, Jr.
John C. Couzens, Jr.

Alexandra C. Karamitsos*
James A. Rogers
Claudine L. Weis
Joel A. Hirshfield
Ralph F. Schoene
Kevin P. Fitzpatrick**
Todd J. Manister

Karolina Lukomski
Andrew M. DeRose

ATTORNEYS AT LAW
707 WESTCHESTER AVENUE – SUITE 213
WHITE PLAINS, NEW YORK 10604

Tel No. (914) 686-9010
Fax No. (914) 686-0873
E-Mail Wbccc@Wbccc.com

William H. Bave    (1919-1991)
Donald C. Wilson (1917-1994)
R. Kevin Conboy  (1946-2007)
Michael J. Cozza   (ret. 2018)

Daniel A. Seymour, Of Counsel
Jyotsna Gorti, Of Counsel

*Member NY & CT Bar
**Member NY & NJ Bar

September 25, 2025

**VIA CM/ECF**

Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

>   Re:    Lopez Dector v. Montefiore/Nyack Hospital, et al.
>            24-cv-06865 (KMK)
>            **PROPOSED CASE MANAGEMENT AND DISCOVERY SCHEDULE**
>            **And TELECONFERENCE**

Dear Judge Karas:

This office represents defendant Westchester County Health Care Corporation in connection with the above matter. We are respectfully requesting a short adjournment of the upcoming Teleconference scheduled for Wednesday, October 1, 2025, as well as the filing deadline of the Proposed Case Management and Discovery Schedule to a date in the middle of October. This request is on consent of all parties.

We are requesting an adjournment of approximately two (2) weeks, subject to the Court's availability, because I will be out of the country on vacation and attorney Claudine Weis has been home due to a death in her family.

We greatly appreciate your consideration of our request.

Granted.

The conference is adjourned to 10/17/25, at 11:30 via telephone

So Ordered.
WHB/jlr    9/25/25

Respectfully submitted,

William H. Bave, Jr.

cc:    All Parties (VIA ECF)